IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| BRANDON CRAIG, *individually and on behalf of others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>RED OAK SANITATION, LLC, RED OAK SANITATION, INC., SHERYL LYNN LUCE, and ANTHONY J. GRUTADAURIO,<br><br>DEFENDANTS. | CIVIL ACTION NO.<br><br>2:24-cv-00212-RWS |



FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

MAY 09 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## ORDER GRANTING PLAINTIFF'S CONSENT MOTION TO APPROVE SETTLEMENT AGREEMENT, TO CONDITIONALLY CERTIFY FOR SETTLEMENT PRUPOSES ONLY, AND DISMISS WITH PREJUDICE

THIS MATTER is before this Court on Plaintiff's Consent Motion to Approve Settlement Agreement, to Conditionally Certify for Settlement Purposes Only, and To Dismiss with Prejudice. The Court reviewed the Parties' Collective Action Settlement Agreement and Release ("Settlement Agreement") to determine its adequacy and consistency with the requirements of the Fair Labor Standards Act, 29 U.S.C. §216. *See Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350, 1353 (11th Cir. 1982). Based on its review of the Parties' Settlement Agreement and the record in this case, the Court concludes: (1)

the terms of the Settlement Agreement are a fair, reasonable and adequate resolution of this matter; and (2) the Settlement Agreement was reached as the product of arms' length negotiation where both Parties had legal representation. The Court thus having been otherwise duly advised:

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Consent Motion to Approve Settlement Agreement, to Conditionally Certify for Settlement Purposes Only, and To Dismiss with Prejudice is GRANTED as follows:

1) The Settlement Agreement presented to this Court is approved;

2) The collective action is conditionally certified for settlement purposes only and as stipulated to by the parties in settlement as follows:

> All persons who were compensated using Red Oak's day rate pay structure in place before January 31, 2025 and perform(ed) waste collection work for Defendants as non-exempt day rate or salaried employees, including, but not limited to, all Drivers, Helpers, and/or other similar job titles or designations out of any office in the United States at any time within three (3) years of the filing this Collective Complaint or who are currently employed by Defendants.

3) The notice of settlement to be sent to Putative Collective Members presented to this Court showing only Red Oak Sanitation, LLC is approved and the claims form for the Putative Class Members to elect participation is approved;

4) This case is dismissed with prejudice; and

5) This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

SO ORDERED this 9th day of May 2025.

_____
The Honorable Richard W. Story
District Court Judge
USDC Northern District of Georgia

Prepared and presented by:

J. Daniel Cole
Georgia Bar No. 450675
**PARKS, CHESIN & WALBERT, P.C.**
1355 Peachtree St NE, Suite 2000
Atlanta, Georgia 30309
Phone:     (404) 873-8000
Fax:         (404) 873-8050
Email:      dcole@pcwlawfirm.com

*Counsel for Plaintiffs*